IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| J.J., et al, | : | CIVIL ACTION |
|     Plaintiffs, | : | |
| | : | |
| v. | : | No.: 12-cv-2531 |
| | : | |
| THE SCHOOL DISTRICT OF PHILADELPHIA, | : | |
| | : | |
|     Defendant. | : | |

**O R D E R**

**AND NOW**, this __10TH__ day of June, 2014, upon consideration of Plaintiffs' Petition for Attorney's Fees and Costs (ECF No. 15), Defendant's Response (ECF No. 16), Plaintiffs' Reply (ECF No. 17), Defendant's Sur-Reply (ECF No. 20), and Plaintiffs' Supplemental Reply (ECF No. 21), and for the reasons stated in the Memorandum Opinion filed this date, **IT IS HEREBY ORDERED** that Plaintiff's motion is **GRANTED IN PART** and **DENIED IN PART**. Defendant shall pay $14,108.00 in fees and $350.00 in costs to Plaintiffs.

BY THE COURT:

   /s/ Lynne A. Sitarski
LYNNE A. SITARSKI
UNITED STATES MAGISTRATE JUDGE